**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6808**

ROBERT COOPER,

Plaintiff - Appellant,

versus

HENRY J. GAITHER; B. THOMAS; LEHRMAN W.
DOTSON, Warden; TYRONE CROWDER, Acting Chief
of Security; MARVIN REID, Major; COTTMAN,
Lieutenant; CARTER, Lieutenant; J. DAVIS,
Lieutenant; D. LANE, Lieutenant; PETERS,
Lieutenant; W. PITTMAN, Lieutenant; WILSON,
Captain; MCFARLANE, Captain; CORRECTIONAL
MEDICAL CARE; SUNNY KOMOLAFE; ZERABRUCH
TEWELDE, M.D.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:06-cv-
02216-AMD)

Submitted: November 14, 2007      Decided: December 7, 2007

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Cooper, Appellant Pro Se. Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland;
Philip Melton Andrews, Katrina J. Dennis, KRAMON & GRAHAM,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cooper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cooper v. Gaither</u>, No. 1:06-cv-02216-AMD (D. Md. May 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>